UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE HAND PROMOTIONS, INC.

        Plaintiff(s),

vs.

Case No. 06-12213

HON. GEORGE CARAM STEEH

JEFFREY L. CAIN, et al,

        Defendant(s).
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 13, 2006 the attorneys of record advised the court that a settlement had been reached and there being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: November 30, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on November 30, 2006, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk